PROB 12C
(6/16)

Report Date: July 13, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 18 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chad Eric Martinez        Case Number: 0980 2:13CR00092-001

Address of Offender:                         Washington 98859

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 7, 2013

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 30 months; TSR - 36    Type of Supervision: Supervised Release
                         months

Asst. U.S. Attorney:     Aine Ahmed                      Date Supervision Commenced: December 29, 2015

Defense Attorney:        Steven P. Frampton              Date Supervision Expires: December 28, 2018

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: On December 29, 2015, the offender signed his Judgement stating he understood his conditions of release, to include the above mandatory condition.

                        The offender is considered to be in violation of his period of supervised release by committing the offense of assault in the 4th degree, domestic violence, on or prior to June 26, 2017.

                        It is alleged the offender and his girlfriend became involved in a verbal altercation which resulted in the offender punching his girlfriend in the face. Officers were summonsed and the offender was arrested and booked into the Grant County Jail under case number 7Z0838539. The offender was released from custody on June 28, 2017, and his next court hearing is on July 27, 2017.

Prob12C
Re: Martinez, Chad Eric
July 13, 2017
Page 2

| | |
|---|---|
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On December 29, 2015, the offender signed his Judgement stating he understood his conditions of release, to include special condition 16.

The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to July 6, 2017.

On July 6, 2017, the offender reported to the United States Probation Office in Richland where he admitted he had been using methamphetamine on a daily basis over the last week. The offender was directed to submit a urine sample for testing at Grant County Integrated Services for testing. The offender signed an admission form stating his last methamphetamine use was on July 4, 2017. The sample was confirmed positive for the presence of methamphetamine by Alere on July 8, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 13, 2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date   July 18, 2017